UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIELLE KIMBLE<br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION NO.<br>3:21-CV01386(JCH) |
| VS. | : <br> : | |
| IHG MANAGEMENT MARYLAND LLC<br>(d/b/a EVEN HOTEL)<br>    Defendant. | : <br> : <br> : | March 25, 2022 |

## STIPULATED DISMISSAL

IT IS HEREBY STIPULATEAD AND AGREED by and between the undersigned attorney of record for Plaintiff and the attorneys of record for Defendant, that the above-entitled action be, and the same hereby is, dismissed with prejudice and without costs to either party as against the other. This Stipulation may be filed with the Clerk of the Court without further notice.

PLAINTIFF,

By: /s/Riccardo L. Pate
Riccardo L. Pate (ct15057)
AttorneyPate@aol.com
155 Post Road East
Westport, CT 06880
T: (203) 226-9922

Date:3/24/2022

DEFENDANT,

By/s/ Randi L. Halbert
Randi L. Halbert, #ct410786
rhalbert@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500 telephone
(212) 218-5526 facsimile

Date:3/24/2022

## CERTIFICATION

I hereby certify that on March 25, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/Riccardo L. Pate